IN THE UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
( NEW HAVEN )

FILED
2004 DEC 23 A 11: 46
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| JOSE ANIBAL MENDEZ,<br>    Petitioner-Defendant, | Civil Act. No. |
| Vs. | Criminal Act. No. 3:02 CR 274 SRUN |
| UNITED STATES OF AMERICA,<br>    Plaintiff-Respondent, | |

**MOTION FOR THE COURT TO APPRISE THE PETITIONER OF
THE STATUS OF PETITIONER'S 2255 HABEUS CORPUS MOTION**

COMES NOW, the petitioner, Jose Anibal Mendez, to move the Court to apprise the petitioner of the status of his 2255 Petition, the reasons are stated within. :

1. The petitioner filed a 2255 petition with the court in New Haven, on June 20, 2004, with a memorandun of law attached.

2. To date the petitioner has heard nothing from the court, no notice of filing, nothing as to this date, December 2004.

3. The petitioner respectfully request that the Honorable District Court (New Haven) apprise the petitioner Mendez of the status of his 2255 through notice of filing and a copy of the docket sheet.

In conclusion the petitioner would like to thank the Court in advance for that of its time, patience, understanding, cooperation and that of your most kind and immdiate attention towards this procedural request.

Done this 20 day of dec, 2004, at FCI Fort Dix NJ 08640.

Respectfully Submitted,

/s/ _____
JOSE ANIBAL MENDEZ

## CERTIFICATE OF SERVICE

I **Jose Anibal Mendez**, do hereby certify that the original copy of motion to apprise the petitioner of the status of his case, was sent to:

The Clerk's Office
U.S. District Court
U.S. Courthouse
915 Lafayette Boulevard
Bridgeport, Connecticut 06694

By : U.S. First Class Mail; this 20 DEC day of Dec, 2004.

/s/ _____
Jose Anibal Mendez