**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

JOSE ANIBAL MENDEZ,                          :
    Petitioner,                          :
                              :
    v.                                   :        No. 3:02 CR 274 (SRU)
                              :
UNITED STATES OF AMERICA                     :
    Respondent.                          :

**<u>ORDER</u>**

Upon the petition of Jose Anibal Mendez, the respondent is hereby ORDERED to show

cause why the relief prayed for in the motion under 28 U.S.C. § 2255 to vacate, set aside or

correct should not be granted.  The Court further ORDERS that service by the United States

Marshal of this Order, together with a copy of the motion, on respondent's representative, Kevin

J. O'Connor, United States Attorney, 157 Church Street, New Haven, CT, on or before **<u>Tuesday,</u>**

**<u>January 18, 2005 at 5:00 p.m.</u>**, shall be deemed sufficient.  The respondent shall file its

response by February 15, 2005.  Any reply shall be filed by the petitioner by March 8, 2005.

It is further ORDERED that the petitioner shall be permitted to proceed in this action

without prepayments of fees and costs or security therefore, in accordance with 28 U.S.C. §

1915(a).

SO ORDERED.

Dated at Bridgeport, Connecticut this 3<u>rd</u> day of January 2005.

                                    /s/ Stefan R. Underhill
                                    Stefan R. Underhill
                                    United States District Judge