UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 3:02CR274(SRU) |
| JOSE ANIBAL MENDEZ | : | FEBRUARY 11, 2005 |

## GOVERNMENT'S MOTION FOR EXTENSION OF TIME

Comes now the United States, by and through its undersigned attorneys, to move the Court for an extension of time to file its response to the *pro se* 28 U.S.C. §2255 motion of the petitioner, Jose Anibal Mendez. In support of this motion, the Government respectfully represents the following:

1. On or about January 3, 2005, the Court directed the U.S. Marshal to serve on the United States Attorney by no later than January 18, 2005 an Order to show cause why the petitioner's §2255 motion should not be granted;

2. In the Court's Order, the United States was directed to file its response to the petitioner's motion by February 15, 2005;

3. The Assistant United States Attorney who prosecuted the underlying case in this matter, AUSA Leonard C. Boyle, is no longer employed in the U.S. Attorney's Office as the result of his having taken a position with the State of Connecticut;

4. The petitioner's file recently was provided to the undersigned for purposes of preparing a response to the *pro se* filing;

5. In order to prepare a proper response, there is a need to secure the transcripts of the Rule 11, Fed.RCrim.P., proceeding which occurred on February 20, 2003 and the sentencing hearing which took place on October 23, 2003, both of which have now been ordered from the court reporter;

6. This is the first extension of time requested by the Government in this matter. The

- 2 -

defendant/petitioner is currently serving a sentence of 87 months, and, given the length of the petitioner's sentence, there would be no prejudice suffered by the petitioner if this motion were to be granted.[1]

WHEREFORE, the Government respectfully requests an extension in time of thirty (30) days to obtain the above-referenced transcripts and prepare the Government's response to the petition filed in this case.

          Respectfully submitted,

          KEVIN J. O'CONNOR
          UNITED STATES ATTORNEY


BY:    HAROLD H. CHEN
        ASSISTANT UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT24432


FOR:   JOHN H. DURHAM
        DEPUTY UNITED STATES ATTORNEY
        FEDERAL BAR NO. CT05087
        157 CHURCH STREET
        NEW HAVEN, CT  06510
        (203) 773-2108

---

[1] In his motion, petitioner argues, in essence, that he should have his sentenced reduced to a term within the range he claims he thought was applicable in his case, that is, 37 to 46 months. *Petition at 13*. (This claim, of course, totally ignores the written plea agreement and stipulation of drug quantities involved in the case, the Rule 11 canvas of the Court, and the arguments presented during the sentencing hearing. In addition it fails to take into account that if relief were to be granted in the matter, then the underlying plea agreement would become void, the parties would simply return to their original positions, and the defendant/petitioner would be tried on counts which include mandatory minimum sentences of 10 years.)

- 3 -

## CERTIFICATE OF SERVICE

This is to certify that on February 11, 2005, a copy of the within and foregoing was sent first class mail, postage prepaid to Jose Anibal Mendez, Reg. # 14877-014, F.C.I. Fort Dix, P.O. Box 38, Fort Dix, New Jersey 08640.

BY:   HAROLD H. CHEN
       ASSISTANT UNITED STATES ATTORNEY

FOR:  JOHN H. DURHAM
       DEPUTY UNITED STATES ATTORNEY