UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
(NEW HAVEN)

FILED

2005 FEB 17 P 3: 05

U.S. DISTRICT COURT

JOSE ANIBAL MENDEZ, )  Civil Account: 3:04-CV-1228(SRU)
           Petitioner, )
                       )  3:02-CR-274(SRU)
                       )
Vs.                    )
                       )
                       )
UNITED STATES OF AMERICA, )
           Respondent. )
_____ )

SECOND MOTION FOR THE COURT TO APPRISE THE
PETITIONER OF THE STATUS OF § 2255 APPEAL
THAT WAS FILED WITH THE COURT.

Come now, the Petitioner and respectfully moves the Court under Rule 4 of the rules governing § 2255 Habeas Corpus Proceedings and ask the Court why the Government has not been ordered to respond to the Petitioner, the reasons are stated within:

1. The Petitioner Jose Anibal Mendez, filed a Pro-Se § 2255 Petition with the Court on 7/21/2004, see, docket entry 57 of Court docket.

2. Petitioner subsequently filed a Motion for the Court to apprise the Petitioner of the status of his petition on 12/23/2004, see, docket entry 64 of Court docket.

3. To date, the Court has not moved under Rule 4 of the § 2255 Habeas Corpus rules and ordered the Government to respond to the Petitioner's claims and issues. The Petitioner filed his motion in July of 2004, it is now February, 2005. It has been six (6) months.

4. The Petitioner respectfully asks the Court once again of the status of his § 2255 Habeas Corpus Motion.

Done this 12th day of February, 2005, at F.C.I. Fort Dix.

                                        Respectfuly submitted,

                                        /s/ *[signature]*
                                        Jose Anibal Mendez

## Certificate of Service

I, Jose Anibal Mendez, do hereby certify that the original plus two (2) copies of Motion for the Court to move under Rule 4, was sent to the Clerk's Office upon the address of U.S. District Court, U.S. Courthouse, 915 Lafayette Boulevard, Bridgeport, Connecticut 06604, by U.S First Class Mail, this ____ day of February, 2005.

/s/ Jose Mendez
Jose Anibal Mendez