## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ANIBAL MENDEZ, | : | |
|     Petitioner, | : | |
| | : | CIVIL ACTION NO. |
| v. | : | 3:04cv1228 (SRU) |
| | : | CRIMINAL CASE NO. |
| UNITED STATES OF AMERICA, | : | 3:02cr274 (SRU) |
|     Respondent. | : | |
| | : | |

## NOTICE TO PETITIONER

On February 20, 2003, the petitioner, Jose Anibal Mendez, pled guilty before this court to possession with intent to distribute and distribution of cocaine base in violation of 21 U.S.C. § 841(a)(1). He was sentenced to 87 months' imprisonment and four years' supervised release on October 23, 2003. On July 21, 2004, Mendez filed a motion to vacate, set aside or correct the sentence under 28 U.S.C. § 2255.

Mendez has twice moved the court to apprise him of the status of his section 2255 motion. This notice responds to those motions.

On January 3, 2005, the court ordered the government to show cause why the relief requested in Mendez's section 2255 motion should not be granted. The court ordered the government to file its response by February 15, 2005. Any reply by the petitioner was due by March 8, 2005. The government moved for an extension of its initial deadline, and the court granted that motion. The government now has until March 15, 2005 to respond to the court's order to show cause why the relief requested should not be granted. Mendez should file his reply brief by April 5, 2005.

Dated at Bridgeport, Connecticut, this 3rd day of March 2005.

                                                /s/ Stefan R. Underhill
                                                  Stefan R. Underhill
                                                  United States District Judge