APR 2 2 2005

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
( NEW HAVEN )

FILED

2005 APR 28 P 12: 07

U.S. DISTRICT COURT
BRIDGEPORT, CONN

JOSE ANIBAL MENDEZ,
   PETITIONER,

vs:

UNITED STATES OF AMERICA,
   RESPONDENT.

CRIMINAL DOCKET No 3:02-274-(SRU)

CIVIL Docket No.  3:04-1228-(SRU)

## LETTER MOTION

  COME NOW  THE PETITIONER, JOSE ANIBAL MENDEZ, TO FILE THIS LETTER MOTION.

  Accompanying The Petitioner's resubmission Of Motion in response to the United States Justice Department's Motion to dismiss Petitioner's 28 U.S.C §§  2255 Habeas Corpus Petition, The Reasons Are Stated Within:

  1.  The Petitioner respectfully submits To The Honorable District Court Judge, Stefan R. Underhill, that the signature on the instant response to the United States Justice Department is the original of Jose Anibal Mendez.

  2.  The Petitioner respectfully submits a copy of original Certificate Of Service with Petitioner's signature.

The only difference is the Petitioner's added the middle initial of his name. This is the Petitioner's signature.

3. The Petitioner filed his instant response under <u>Houston vs: Lack</u>, 487 U.S. 266, 101 L.Ed 2d 245, 108 S.Ct 2379 the Petitioner filed the response with the Court by Placing his response in The Institution's Mail box, Fort Dix Federal Correcitonal Institutional Center's Mail box on the 4th Day Of April 2005.

### CONCLUSION

WHEREFORE IN Light of the Petitioner having signed the instant Petition and filing of same under <u>Houston vs: Lack,</u> supra showing by exhibit of original signature on original petition.

The Petitioner respectfully submits that the Court should file the Petitioner's response and accept it as part of the record under the Rules 4, 5, 6, and 7 of the Rules governing 28 U.S.C. §§ 2255 proceedings.

Done this 19th Day of April, 2005, at The Federal Correctional Institution of Fort Dix New Jersey, as soon as the Petitioner received it.

RESPECTFULLY SUBMITTED,

DATED: APRIL 19-2005

*[signature]*
JOSE ANIBAL MENDEZ, PRO-SE
Federal Register No 14877-014
Fort Dix Federal Correctional Center
Post Office Box 2000
Fort Dix, New Jersey 08640

## CERTIFICATE OF SERVICE

I, JOSE ANIBAL MENDEZ, DO HEREBY Certify that the original plus one copy of the Letter Motion and resubmission of the instant response to the United States Justice Department was sent to the Clerk's Office upon the address of

>UNITED STATES DISTRICT COURT
>UNITED STATES COURT HOUSE
>914 LAFAYETTE BOULEVARD
>BRIDGEPORT, CONNECTICUT  06694,

Also a copy was served on The United States Attorney's Office located at

>450 Main Street
>Hartford, Connecticut  06103,

by United States First Class Mail this 19th Day of April, 2005.

>RESPECTFULLY SUBMITTED,

DATED: April 19, 2005

*(signature)*
JOSE ANIBAL MENDEZ, PRO-SE
Federal Register No 14877-014
Fort Dix Federal Correctional Center
Post Office Box 2000
Fort Dix, New Jersey  08640

CERTIFICATE OF SERVICE

I <u>Jose Anibal Mendez</u>, do hereby certify that the original plus two copies of **2255 MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE**, with memorandum of law and fact attached plus exhibits was sent to the Clerk's Office upon his/her address at:

> UNITED STATES DISTRICT COURT
> U.S. COURTHOUSE
> 915 LAFAYETTE BOULEVARD,
> BRIDGEPORT, CONNECTICUT 06694

By                : U.S. FIRST CLASS MAIL.
                    This 20 day, of June 2004.

/s/ Jose Mendez
Jose Anibal Mendez