UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ANIBAL MENDEZ | : | NO. 3:02CR274(SRU) |
| | : | NO. 3:04CV1228(SRU) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | April 29, 2005 |

**REPLY TO PETITIONER'S RESPONSE TO GOVERNMENT'S
MOTION IN OPPOSITION TO PETITIONER'S MOTION
TO VACATE SENTENCE PURSUANT TO 28 USC § 2255**

Comes now the United States, by and through its undersigned counsel, to reply to the April 4, 2005 pro se submission of the Petitioner, Jose Anibal Mendez, which was received in the U.S. Attorney's Office in Hartford on April 13, 2005.

With respect to the Petitioner's pro se submission, it is not clear to the Government exactly what the Petitioner is claiming regarding the retroactive application of the United States Supreme Court's decision in United States v. Booker, __ U.S. __, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005) to his habeas petition, *see Petitioner's April 4, 2005 Response at 10-19*. The Government respectfully submits and notes, however, that the United States Court of Appeals for

the Second Circuit has specifically held that <u>Booker</u> is not to be applied retroactively to cases on collateral review.  <u>Guzman v. United States</u>, 2005 WL 803214, at *4 (2d Cir. April 8, 2005).

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN H. DURHAM
        DEPUTY UNITED STATES ATTORNEY
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        Telephone No. (203) 821-3817
        Federal Bar No. CT05087


## CERTIFICATION

    I hereby certify that a copy of the foregoing memorandum was mailed this  day of April 2005, to:

        Jose Anibal Mendez
        Prisoner No. 14877-014
        F.C.I. Fort Dix
        P.O. Box 38
        Fort Dix, NJ 08640


        _____
        JOHN H. DURHAM
        DEPUTY UNITED STATES ATTORNEY