UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE ANIBAL MENDEZ | : | NO. 3:02CR274(SRU) |
| | : | NO. 3:04CV1228(SRU) |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA | : | May 31, 2005 |

**GOVERNMENT'S RESPONSE TO "PETITIONER'S MOTION
FOR THE COURT TO INFORM THE PETITIONER, MENDEZ
OF THE NATURE OF THE NOTICE OF FILING AS TO
<u>SBALBI, B. THAT WAS ENTERED ON MAY 4, 2005"</u>**

Comes now the United States, by and through its undersigned counsel, to respond to the petitioner's "Motion for the Court to Inform the Petitioner, [sic] Mendez of the Nature of the Notice of Filing as to Sbalbi, B that was Entered on May 4, 2005" [Docket Entry No. 81] in the above-captioned matter. (<u>See</u> Attachment A.)

In this regard, "Sbalbi, B." is simply the administrative staff member who delivered the Court's May 4, 2005 endorsement Order granting the Petitioner's "Motion for Leave to File Response to 2255" to the Clerk's Office.

        Respectfully submitted,

        KEVIN J. O'CONNOR
        UNITED STATES ATTORNEY


        JOHN H. DURHAM
        DEPUTY UNITED STATES ATTORNEY
        157 Church Street, 23rd Floor
        New Haven, CT 06510
        Telephone No. (203) 821-3817
        Federal Bar No. CT05087

-2-

## CERTIFICATION

I hereby certify that a copy of the foregoing Government's Response was mailed this ____ day of May, 2005, to:

>Jose Anibal Mendez
>Prisoner No. 14877-014
>F.C.I. Fort Dix
>P.O. Box 38
>Fort Dix, NJ 08640

_____
JOHN H. DURHAM
DEPUTY UNITED STATES ATTORNEY