CLOSED, INTERP

# U.S. District Court
# District of Connecticut (New Haven)
# CRIMINAL DOCKET FOR CASE #: 3:02-cr-00274-SRU-ALL

Case title: USA v. Polanco, et al          Date Filed: 10/10/2002

| Date Filed | # | Docket Text |
|---|---|---|
| 05/04/2005 | 81 | ELECTRONIC ENDORSEMENT ORDER granting 78 Motion for Leave to File response to 2255 as to Jose Anibal Mendez (2). Signed by Judge Stefan R. Underhill on 5/4/05. (Sbalbi, B.) (Entered: 05/04/2005) |
| 05/02/2005 | 80 | REPLY TO RESPONSE to Motion by Jose Anibal Mendez re 57 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04cv1228.) (Gutierrez, Y.) (Entered: 05/03/2005) |
| 04/28/2005 | 79 | RESPONSE by Jose Anibal Mendez re 57 Motion to Vacate (2255) (Barrille, J.) (Entered: 05/03/2005) |
| 04/28/2005 | 78 | Letter MOTION for Leave to File response to 2255 by Jose Anibal Mendez. (Barrille, J.) (Entered: 05/03/2005) |
| 03/22/2005 | 77 | DISMISSAL OF COUNT 5 as to Manuel Polanco, Jose Anibal Mendez. (Montz, A.) (Entered: 03/22/2005) |
| 03/22/2005 | 76 | ELECTRONIC ORDER granting 73 Motion to Dismiss as to Manuel Polanco (1), Jose Anibal Mendez (2). Signed by Judge Stefan R. Underhill on 3/21/05. (Montz, A.) (Entered: 03/22/2005) |
| 03/15/2005 | 74 | MEMORANDUM IN OPPOSITION by USA as to Jose Anibal Mendez re 57 Motion to Vacate (2255) (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D)(Cody, C.) (Entered: 03/16/2005) |
| 03/15/2005 | 73 | MOTION to Dismiss Count Five of the Indictment by USA as to Manuel Polanco, Jose Anibal Mendez. (Gutierrez, Y.) (Entered: 03/16/2005) |
| 03/04/2005 | 75 | NOTICE to Petitioner of Status of 2255 motion. re: 64 Motion re: 2255 motion as to Jose Anibal Mendez (2); re: 71 Motion re: 2255 motion as to Jose Anibal Mendez (2). Signed by Judge Stefan R. Underhill on 3/4/05. (Cody, C.) (Entered: 03/17/2005) |
| 03/04/2005 | 72 | ENTERED IN ERROR: NOTICE OF PETITIONER as to Manuel Polanco Show Cause Response due by 3/15/2005.. Signed by Judge Stefan R. Underhill on 3/3/05. (Gutierrez, Y.) Modified on 3/17/2005 - corrected as to defendant association. (Cody, C.). (Entered: 03/15/2005) |
| 02/17/2005 | 71 | SECOND MOTION for Court to apprise petitioner of the status of 2255 Motion re 57 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action 3:04cv1228.) by Jose Anibal Mendez. (Barrille, J.) (Entered: 02/28/2005) |

*Attachment A* (handwritten)